(128 So. 362)

## Howard BAGWELL v. STATE.
### 6 Div. 555.

Supreme Court of Alabama.
May 15, 1930.

See, also, 117 So. 906.

J. H. Bankhead, Jr., of Jasper, and A. H. Carmichael, of Tuscumbia, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

FOSTER, J.

Petition of Howard Bagwell for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Bagwell v. State, 23 Ala. App. 348, 128 So. 359.

Writ denied.

ANDERSON, C. J., and GARDNER, and BOULDIN, JJ., concur.